**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

TRUSTEES OF THE FLORIDA
CARPENTERS PENSION FUND,
TRUSTEES OF THE FLORIDA UBC
HEALTH FUND, TRUSTEES OF THE
FLORIDA CARPENTERS TRAINING
TRUST FUND, CARPENTERS LOCAL
1905 and FLORIDA CARPENTERS
REGIONAL COUNCIL,

    Plaintiffs,

v.                                            Case No: 5:23-cv-76-JSM-PRL

COOK RETAIL CONSTRUCTION
SERVICES, LLC,

    Defendant.

---

**ORDER**

    **THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Philip R. Lammens (Dkt. 20).   The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

    After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

    **ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. 20) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Partial default judgment as to Count I of the Plaintiffs' complaint (Dkt. 11) is granted.

3. Defendant Cook Retail Construction Services, LLC shall produce its payroll records for audit by the Plaintiffs within thirty (30) days from the date of this Order.

**DONE** and **ORDERED** in Tampa, Florida, this 11th day of August, 2023.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record